UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
NOV - 4 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| BEN AFSHARI | ) |
| Plaintiff, | ) Civil Action No. 5:15-cv-330-JmH |
| v. | ) |
| | ) DEMAND FOR JURY TRIAL |
| BEAR ARCHERY, INC. | ) |
| Defendant. | ) |

# COMPLAINT

Plaintiffs Ben Afshari, for its Complaint of patent infringement against defendant Bear Archery Inc.

## THE PARTIES

1. Plaintiff Ben Afshari is an individual under the laws of the United States of America Representing Himself, Prose.

2. Defendant, Bear Archery, Inc., is a corporation organized under the laws of testate of Florida, and has a principal place of business at 817 Maxwell Avenue, Evansville, IN 47711

## COUNT I PATENT INFRINGEMENT

9. Defendant Bear Archery has manufactured, sold or offered to sell, and will continue to Manufacture, sell or offer to sell, bow sights which incorporates all elements of 292 patent.

10 By Manufacturing, selling, and/or offering for sale React pro 1pin bow sight, defendant Bear Archery and have directly and contributory infringed, and will continue to directly and contributory infringe, claim 1 of 292 patent, under 35 U.S. C. § 271 (a), (b), (c), and/or (f), literally and/or under the doctrine of equivalents.

11. By manufacturing, selling, and/or offering for sale its Bow sight, defendant Bear archery has directly and contributory infringed, and will continue to directly and contributory infringe, Claim 1 of 292 patent under 35 U.S. C. § 271 (a), (b), (c), and/or (f), literally and/or under the doctrine of equivalents.

12. By making, using, selling, and/or offering for sale certain bow sights, defendant Bear Archery Inc. has induced infringement of, and will continue to induce infringement of, more than One claim from 292 patents under 35 U.S. C. § 271 (b), and/or (f), literally and/or under the doctrine of equivalents.

13. On information and belief, Bear Archery Inc. Infringement of the 292 Patent have been and continues to be willful and deliberate.

14. As a direct and proximate consequence of the acts and practices of defendant, plaintiff Ben Afshari has been, is being and, unless such acts and practices are enjoined by the Court, will continue to be injured in its business and property rights, and has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284.

15. As a direct and proximate consequence of the acts and practices of defendant, defendant has also caused, is causing and, unless such acts and practices are enjoined by -the Court, will continue to cause irreparable harm to Ben Afshari for which there is no adequate remedy at law, and for which plaintiff is entitled to injunctive relief under 35 U. S. C. § 283.

PRAYER FOR RELIEF WHEREFORE, plaintiff Ben Afshari prays for the entry of a judgment from this Court:

a. Declaring that United States Letters Patent 7,100,292 was duly and legally issued, is valid and is enforceable.
b. Declaring that defendants Bear Archery Inc. has directly infringed, contributory infringed, and/or induced infringement of Several Claims from 292 patents;
c. Declaring that defendant Bear Archery Inc. Has willfully infringed one or more claims off 292 patent
d. Deeming this to be an "exceptional" case within the meaning of 35 U.S.C. § 285, entitling plaintiff to an award of its reasonable attorney fees, expenses and costs in this action.

e. Preliminarily and permanently enjoining defendant Bear Archery Inc. And its respective officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from committing further acts of infringement under 35 U.S.C. § 271 ofClaims1 of 292 patent

f. Preliminarily and permanently enjoining defendant Bear Archery Inc. and its respective officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from committing further acts of infringement under 35 U.S.C. § 271

g. Awarding plaintiff damages in accordance with 35 U.S.C. § 284;

h. Awarding plaintiff its costs in connection with this action; and

i. Awarding plaintiff such other and further relief as this Court may deem to be just and proper.

j. Preliminary Stop Bear Archery Inc. And SOP services Inc. from selling, marketing and manufacturing the React pro one pin sight. Or and Bow sight that features a fiber optic indicator marking.

## CERTIFICATE OF SERVICE

I hereby certify that on the November 4, 2015, a copy of the foregoing was filed federal court in Lexington KY. The undersigned further certifies that on November 4, 2015, the foregoing was Electronically mailed (Emailed), to the Attorney for the defendants, Mr. Charles Meyer, cjmeyer@uspatent.com.

*Ben Afshar 11-4-2015*

*[signature]*

*4950 [Fenwick?] Lane*
*Lexington KY 40515*